UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | No. C 11-02333 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| DOES 1-87, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the *Case Management Conference* before Magistrate Judge Spero previously noticed for 08/19/2011, at 1:30 p.m., has been rescheduled for **Friday, 08/26/2011, at 1:30 p.m.** Please report to Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated: May 17, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Tana Ingle
Courtroom Deputy