Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DOES 1-87, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | **No. C-11-02333 JCS** <br><br> **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELEIF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff Hard Drive Productions, Inc., by and through its undersigned counsel, and pursuant to Northern District of California Local Rule (hereinafter "L.R.") 7-11, hereby moves this Court for administrative relief for an order continuing the initial case management conference for good cause.

For reasons more fully explained below, and in the Exhibit A attached hereto, "Declaration of Brett L. Gibbs in Support of Application for a Continuance" (hereinafter "Gibbs Decl."), Plaintiff respectfully requests that this Court continue the ICMC to **Friday, January 13, 2012, at 1:30 p.m. on the 15th Floor in Courtroom G of the San Francisco Federal Court**, or to a later date that is in accordance with this Court's schedule. This continuance should allow Plaintiff to either (1) meet and confer with the subscriber, or (2) if Plaintiff is unsuccessful in contacting the subscriber, either

dismiss the case without prejudice or move for limited further discovery. One way or the other, Plaintiff will be able to report back to the Court by January 13, 2012, and be better equipped to inform the Court of the status of this case.

## BACKGROUND

Over the past several months, Plaintiff's counsel has attempted to contact the sole subscriber identified in this case. Those attempts have been made via mail and telephone calls. All attempts have been unsuccessful. Voice messages have been unanswered and letters have been ignored. Contemporaneously with these efforts, Plaintiff conducted Internet-based research on the subscriber, and his living situation that suggests, at least facially, there is a possibility that the subscriber and the infringer are one-and-the-same. With the answering of a few key questions, Plaintiff expects to be able to make that determination.

## DISCUSSION

Under the circumstances, Plaintiff requests a short continuance to exhaust all efforts to contact the subscriber. The Court must understand that, without this individual's involvement, the ICMC presents no utility to either the Court or the parties.

L.R. 16-2(d), entitled, "Relief from Case Management Schedule," reads, in part, as follows:

> By serving and filing a motion with the assigned judge pursuant to Civil L.R. 7, a party, … may seek relief from an obligation imposed by FRCivP 16 or 26 or the *Order Setting Initial Case Management Conference*. The motion must:
> (1) Describe the *circumstances which support the request*;
> (2) Affirm that counsel for the moving party has conferred with all other counsel to reach agreement about the matter and, for each other *party*, report whether that party supports or opposes the request for relief;
> (3) Be accompanied by proposed revised case management schedule…

(emphasis added).

At this point, as explained, the subscriber has evaded all of Plaintiff's attempts to contact him. In light of this, Plaintiff proposes the following. First, upon granting this continuance, Plaintiff

will send out a certified letter again notifying the subscriber of this suit, urging him to call Plaintiff's counsel, and notifying subscriber that, if he ignores these requests, Plaintiff's counsel may move for a Court-authorized subpoena for a four-hour deposition. (Gibbs Decl. ¶ 3.) Plaintiff's counsel will send this with return receipt requested via the US Postal Service. (*Id.*) Second, after sending out this letter, Plaintiff will again attempt to make contact with the subscriber via telephone. (Gibbs Decl. ¶ 4.) If these steps do not allow Plaintiff to contact the subscriber in this case, Plaintiff will file a Case Management Status Report by January 6, 2012, explaining these circumstances to the Court, and, depending on the circumstances, moving the Court to allow it to pursue the four-hour deposition of subscriber. (Gibbs Decl. ¶ 5.) By this time, Plaintiff will also have conducted its deposition of a subscriber in a companion case to the present action and be able to brief the Court on the utility of the deposition that was granted in that matter.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court continue the ICMC from December 14, 2011, to **Friday, January 13, 2012, at 1:30 p.m. on the 15th Floor in Courtroom G of the San Francisco Federal Court**, or to a later date that is in accordance with this Court's schedule.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: December 7, 2011**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

3
PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CMC   No. C-11-02333 JCS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 7, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                      /s/ Brett L. Gibbs
                                      Brett L. Gibbs, Esq.