# EXHIBIT A

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC.,  )<br>  )<br>           Plaintiff,  )<br>    v.  )<br>  )<br>DOES 1-87,  )<br>  )<br>           Defendants.  )<br>  )<br>_____ ) | **No. C-11-02333 JCS**<br><br>**DECLARATION OF BRETT L. GIBBS IN SUPPORT OF ADMINISTRATIVE MOTION FOR A CONTINUANCE** |

**DECLARATION OF BRETT L. GIBBS IN SUPPORT OF
ADMINISTRATIVE MOTION FOR A CONTINUANCE**

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. As alluded to in Plaintiff's Motion for Administrative Relief for Leave to Continue Initial Case Management Conference (DKT#9), a stipulation provided under Local Rules 7-11(a) and 7-12 could not be obtained because the Doe Defendants in this case were unidentifiable at the time of this Motion.

3. Should the Court grant Plaintiff's Motion, I will send out a certified letter on behalf of Plaintiff again notifying the subscriber of this suit, urging him to call me, and notifying subscriber that, if he ignores these requests, I may move for a Court-authorized subpoena for a four-hour deposition. I will send this letter out with return receipt requested via the US Postal Service.

4. After sending out this letter, I will again attempt to make contact with the subscriber on behalf of Plaintiff via telephone.

5. If these steps do not allow Plaintiff's counsel to contact the subscriber in this case, Plaintiff will file a Case Management Status Report by January 6, 2012, explaining these circumstances to the Court, and, depending on the circumstances, moving the Court to allow it to pursue the four-hour deposition of subscriber.

6. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: December 7, 2011.**

By:  \_\_\_\_/s/  Brett L. Gibbs,_____