Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | **No. C-11-02333 JCS** |
| ) | |
| Plaintiff, ) | **ADR CERTIFICATION BY PARTIES** |
| v. ) | **AND COUNSEL** |
| ) | |
| DOES 1-87, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;
(2) Discussed the available dispute options provided by the Court and private entities; and
(3) Considered whether this case might benefit from any available dispute resolution options.

Dated: December 7, 2011        __/s/ Paul Pilcher, CEO of Hard Drive Prod.
                                                                PARTY

Dated: December 7, 2011        ___/s/_ Brett L. Gibbs, Esq.,_ Trial Counsel____
                                                                COUNSEL