Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DOES 1-87, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | **No. C-11-02333 JCS** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On December 7, 2011, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the Initial CMC, which was scheduled by the Court for December 14, 2011. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for December 14, 2011, is continued to **Friday, January 13, 2012, at 1:30 p.m. on the 15th Floor in Courtroom G of the San Francisco Federal Court.**

*///*

*///*

*///*

IT IS FURTHER ORDERED that Plaintiff's proposed plan to contact subscriber is adopted. By Januaury 6, 2012, Plaintiff shall inform the Court whether it needs further discovery as described in its Motion, and its basis for needing such.

This disposes of ECF No. 15.

DATED: 12/8/11

_____
Judge Joseph C. Spero
United States District Court Judge