Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DOE DEFENDANT ASSOCIATED WITH ) <br> IP ADDRESS 108.0.16.220, ) <br> Defendant. ) <br> ) <br> _____) | **No. C-11-02333 JCS** <br><br> **RULE 26(f) REPORT** |

**RULE 26(f) REPORT**

Plaintiff Hard Drive Productions, Inc., by and through its counsel, hereby submits this Rule 26(f) Report pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Doc. No. 3), Federal Rules of Civil Procedure (hereinafter "FRCP") Rules 26(a)(1) and 26(f), and Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a):

**1. Individuals Likely to Have Discoverable Information:**

- Paul Pilcher, CEO of Hard Drive Productions, Inc.

- Peter Hansmeier – 161 North Clark Street, Suite 3200, Chicago, Ill., 60601.

- Person Most Knowledgeable ("PMK") at each Internet Service Provider, Verizon Online – Legal Department Compliance Contact Information.

- Subscriber/Doe Defendant associated with Internet Protocol ("IP") address 108.0.16.220.
- Plaintiff reserves the right to add to this list of individuals identified as necessary in the future.

**2. Documents, Electronically Stored Information, and Tangible Things:**

- Physical Documents – Plaintiff's copyright records.
- Electronically Stored Information – BitTorrent auditor, forensic information demonstrating infringing activity over the BitTorrent.

**3. Projected Discovery Timelines:**

At this point, any projected timelines are premature for reasons explained in Plaintiff's Case Management Conference Statement. (*See* ECF No. 22).

**4. Subjects on Which Discovery, Including Electronic Discovery, Will be Needed:**

Plaintiff notes that this aspect is thoroughly flushed out in Plaintiff's Initial Case Management Conference Statement. (*See* ECF No. 22.) To summarize, Plaintiff would request that the Court allow it to serve a deposition subpoena upon the account holder of IP address 108.0.16.220. (*See id.*)

**5. Objections:**

Plaintiff objects to the Court requiring Plaintiff to make any projected deadlines in this case at this time.

**6. Discovery Motion Currently Pending:**

N/A.

**7. Other Issues:**

N/A.

///

1 | Respectfully Submitted,

2 | PRENDA LAW, INC.,

3 | **DATED: January 10, 2012**

4 |

5 | By:       /s/  Brett L. Gibbs, Esq.

6 | Brett L. Gibbs, Esq. (SBN 251000)
    Prenda Law, Inc.
7 | 38 Miller Avenue, #263
    Mill Valley, CA 94941
    blgibbs@wefightpiracy.com
8 | *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                             /s/ Brett L. Gibbs
                                                              Brett L. Gibbs, Esq.