IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**FILED**

JAN 11 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1-87,

A. LOPEZ, DOE DEFENDANT #1
ASSOCIATED WITH IP ADDRESS
108.0.16.220

CASE No. C-11-02333 JCS

MOTION TO DISMISS PLAINTIFF'S COMPLAINT

_____/

## MOTION TO DISMISS

    A. Lopez, Doe Defendant #1 associated with IP address 108.0.16.220 (Defendant), here by moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of certain relief Hard Drive Productions, Inc. (Plaintiff) requests in its Complaint. Specifically, Defendant moves as follows:

1. Defendant moves that Plaintiff's request for statutory damages and attorney's fees on its claim for infringement of the copyrights identified in the Paragraph 30, 31 of the Complaint dismissed on the grounds that the Complaint fails to set forth facts sufficient to support a claim for such relief; and

2. Defendant moves that Plaintiff's request for actual or, in the alternative, statutory damages related to alleged acts of copyright infringement by Defendant be dismissed because Plaintiff is not entitled to such relief as a matter of law.

    For these reasons and the reasons set forth herein, Defendant respectfully requests that the Court grant this Motion to Dismiss Defendant *with* prejudice to prevent Plaintiff to file the same suit over and over again in the State of California, further harassing Defendant in an attempt to strong arm Defendant into settling out of court.

DATED this 09 day of January, 2012.

                                                         Respectfully submitted,

                                                         */s/ A. Lopez*

                                                         A. Lopez, Doe Defendant #1
                                                         Associated with IP Address 108.0.16.220
                                                         *Pro se*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Hard Drive Productions, Inc is Not Entitled To Statutory Damages or Attorney's Fees as to Certain Works

Plaintiff claims to own the copyright to "Amateur Allure – Lexi Belle" (the "Work") set forth in Paragraph 7 of the Complaint. Plaintiff alleged claims that Defendant has infringed Plaintiff's copyrights in the Work, and Plaintiff prays for statutory damages pursuant to 17 U.S.C. § 504(a) and attorney's fees pursuant to 17 U.S.C. § 505 as relief on this claim. (See Complaint, ¶ 40, Prayer for Relief, §§ 4, 6.)

> Section 412 of the Copyright Act provides that
>
> no award of statutory damages or of attorney's fees, as provided by sections 504 and 505, shall be made for — ... (2) any infringement of copyright commenced after first publication of the work and before the effective date of its registration, unless such registration is made within three months after the first publication of the work.

17 U.S.C. § 412.

Plaintiff's Complaint contains no allegation that it secured Copyright registration for the Work prior to the alleged acts of infringement or within three months of first publication of the Work (see Exhibit A). Note the Copyright Registered date is the same date this copyright infringement suit was filed. Also note the disturbing trend in multiple cases in which Plaintiff had not secured registration prior to filing copyright infringement suits in this Court (see Exhibit B). Because these are predicate elements to an award of statutory damages and attorneys' fees under the Copyright Act, Plaintiff's Complaint fails to set forth a valid cause of action for the requested relief, and Plaintiff's request for the relief should be dismissed.

## II. Hard Drive Productions, Inc. Prayer for Relief Related to Alleged Infringements Should be Dismissed as a Matter of Law

Plaintiff's Complaint pleads generally for recovery of actual damages or, in the alternative, statutory damages on its copyright claim, including for damages that it has allegedly suffered as a result of Defendant's alleged copyright infringement. Because Plaintiff is not entitled to recovery of such damages as a matter of law, Plaintiff's prayer for such relief should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

DATED this 09 day of January, 2012.

Respectfully submitted,

_____
A. Lopez, Doe Defendant #1
Associated with IP Address 108.0.16.220
*Pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on 01/09/2012, I served a copy of the foregoing document, via US Mail, on:

    Brett L. Gibbs, Esq.
    Prenda Law Inc.
    38 Miller Avenue #263
    Mill Valley, CA 94941

# EXHIBIT A

| CASE NAME | Hard Drive Productions, Inc. v. Does 1-87 |
|---|---|
| DOCKET NUMBER | 3:11-cv-02333-JCS |
| ALLEGED INFRINGED WORK | Amateur Allure – Lexi Belle |
| CASE DATE | 2011-05-11 |
| PUBLICATION DATE | 2010-12-31 |
| COPYRIGHT DATE | 2011-05-11 |
| ALLEGED INFRINGMENT DATE ASSOCIATED WITH IP ADDRESS 108.0.16.220* | 2011-04-11 |

*NOTE: Dates of alleged infringement provided by Plaintiff. See Case Complaint, Exhibit A.

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001755954 / 2011-05-11

Application Title: Amateur Allure - Lexi Belle.

Title:             Amateur Allure - Lexi Belle.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Hard Drive Productions, Inc.

Date of Creation:  2010

Date of Publication:
                   2010-12-31

Nation of First Publication:
                   United States

Authorship on Application:
                   Hard Drive Productions, Inc., employer for hire; Domicile:
                      United States; Citizenship: United States. Authorship:
                      editing/editor, direction/director, script/screenplay,
                      production/producer, entire motion picture,
                      cinematography/cinematographer.

Names:             Hard Drive Productions, Inc.
```
-------------------------------------------------------------------------

Copyright information obtained from http://www.copyright.gov

# EXHIBIT B

| CASE NAME | Hard Drive Productions, Inc. v. Does 1-188 |
|---|---|
| DOCKET NUMBER | 3:11-cv-01566-JCS |
| ALLEGED INFRINGED WORK | Amateur Allure - Erin |
| CASE DATE | 2011-03-31 |
| PUBLICATION DATE | 2010-10-15 |
| COPYRIGHT DATE | 2011-11-09 |
| ALLEGED INFRINGEMNT DATE* | 2011-03-09 |

*NOTE: Start date of alleged infringement provided by Plaintiff. See Case Complaint, Exhibit A.

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001757280 / 2011-11-09

Application Title: Erin.

Title:             Erin.

Description:       3 electronic files (eService)

Copyright Claimant:
                   Hard Drive Productions, Inc.

Date of Creation:  2010

Date of Publication:
                   2010-10-15

Nation of First Publication:
                   United States

Authorship on Application:
                   Hard Drive Productions, Inc., employer for hire; Domicile:
                       United States; Citizenship: United States. Authorship:
                       editing/editor, direction/director, script/screenplay,
                       production/producer, entire motion picture,
                       cinematography/cinematographer.

Names:             Hard Drive Productions, Inc.
```
-------------------------------------------------------------------------

Copyright information obtained from http://www.copyright.gov

| CASE NAME | Hard Drive Productions, Inc. v. Does 1-42 |
|---|---|
| DOCKET NUMBER | 3:11-cv-01956-EDL |
| ALLEGED INFRINGED WORK | Amateur Allure – Nicole Graves |
| CASE DATE | 2011-04-22 |
| PUBLICATION DATE | 2010-10-01 |
| COPYRIGHT DATE | 2011-04-22 |
| ALLEGED INFRINGEMNT DATE* | 2011-03-16 |

*NOTE: Start date of alleged infringement provided by Plaintiff. See Case Complaint, Exhibit A.

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001732482 / 2011-04-22

Application Title: Nicole Graves.

Title:             Nicole Graves.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Hard Drive Productions, Inc.

Date of Creation:  2010

Date of Publication:
                   2010-10-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Hard Drive Productions, Inc., employer for hire; Domicile:
                       United States; Citizenship: United States. Authorship:
                       editing/editor, direction/director, script/screenplay,
                       production/producer, entire motion picture,
                       cinematography/cinematographer.

Names:             Hard Drive Productions, Inc.
```

Copyright information obtained from http://www.copyright.gov

| CASE NAME | Hard Drive Productions, Inc. v. Does 1-48 |
|---|---|
| DOCKET NUMBER | 3:11-cv-01957-JCS |
| ALLEGED INFRINGED WORK | Amateur Allure – Jen |
| CASE DATE | 2011-04-22 |
| PUBLICATION DATE | 2010-03-12 |
| COPYRIGHT DATE | 2011-04-22 |
| ALLEGED INFRINGEMNT DATE* | 2011-03-09 |

*NOTE: Start date of alleged infringement provided by Plaintiff. See Case Complaint, Exhibit A.

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001732491 / 2011-04-22

Application Title: Jen.

Title:             Jen.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Hard Drive Productions, Inc.

Date of Creation:  2010

Date of Publication:
                   2010-03-12

Nation of First Publication:
                   United States

Authorship on Application:
                   Hard Drive Productions, Inc., employer for hire; Domicile:
                      United States; Citizenship: United States. Authorship:
                      editing/editor, direction/director, script/screenplay,
                      production/producer, entire motion picture,
                      cinematography/cinematographer.

Names:             Hard Drive Productions, Inc.
```

---

Copyright information obtained from http://www.copyright.gov

| CASE NAME | Hard Drive Productions, Inc. v. Does 1-46 |
|---|---|
| DOCKET NUMBER | 3:11-cv-01959-JCS |
| ALLEGED INFRINGED WORK | Amateur Allure – Kim |
| CASE DATE | 2011-04-22 |
| PUBLICATION DATE | 2010-09-03 |
| COPYRIGHT DATE | 2011-04-22 |
| ALLEGED INFRINGEMNT DATE* | 2011-03-21 |

*NOTE: Start date of alleged infringement provided by Plaintiff. See Case Complaint, Exhibit A.

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001732555 / 2011-04-22

Application Title: Kim.

Title:              Kim.

Description:        Videodisc (DVD)

Copyright Claimant:
                    Hard Drive Productions, Inc.

Date of Creation:   2010

Date of Publication:
                    2010-09-03

Nation of First Publication:
                    United States

Authorship on Application:
                    Hard Drive Productions, Inc., employer for hire; Domicile:
                       United States; Citizenship: United States. Authorship:
                       editing/editor, direction/director, script/screenplay,
                       production/producer, entire motion picture,
                       cinematography/cinematographer.

Names:              Hard Drive Productions, Inc.
```
-------------------------------------------------------------------------------

Copyright information obtained from http://www.copyright.gov

| CASE NAME | Hard Drive Productions, Inc. v. Does 1-53 |
| --- | --- |
| DOCKET NUMBER | 3:11-cv-02330-EDL |
| ALLEGED INFRINGED WORK | Amateur Allure - Violet |
| CASE DATE | 2011-05-11 |
| PUBLICATION DATE | 2008-02-18 |
| COPYRIGHT DATE | 2011-04-22 |
| ALLEGED INFRINGEMNT DATE* | 2011-03-15 |

*NOTE: Start date of alleged infringement provided by Plaintiff. See Case Complaint, Exhibit A.

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001732442 / 2011-04-22

Application Title: Violet.

Title:             Violet.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Hard Drive Productions, Inc.

Date of Creation:  2008

Date of Publication:
                   2008-02-18

Nation of First Publication:
                   United States

Authorship on Application:
                   Hard Drive Productions, Inc., employer for hire; Domicile:
                      United States; Citizenship: United States. Authorship:
                      editing/editor, direction/director, script/screenplay,
                      production/producer, entire motion picture,
                      cinematography/cinematographer.

Names:             Hard Drive Productions, Inc.
```
-----------------------------------------------------------------------------

Copyright information obtained from http://www.copyright.gov

| CASE NAME | Hard Drive Productions, Inc. v. Does 1-58 |
|---|---|
| DOCKET NUMBER | 4:11-cv-02537-LB |
| ALLEGED INFRINGED WORK | Amateur Allure – Jayden |
| CASE DATE | 2011-05-25 |
| PUBLICATION DATE | 2009-02-16 |
| COPYRIGHT DATE | 2011-05-24 |
| ALLEGED INFRINGEMNT DATE* | 2011-05-03 |

*NOTE: Start date of alleged infringement provided by Plaintiff. See Case Complaint, Exhibit A.

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001746883 / 2011-05-24

Application Title: Amateur Allure: Jayden.

Title:             Amateur Allure: Jayden.

Description:       2 videodiscs (DVD)

Copyright Claimant:
                   Hard Drive Productions, Inc.

Date of Creation:  2009

Date of Publication:
                   2009-02-16

Nation of First Publication:
                   United States

Authorship on Application:
                   Hard Drive Productions, Inc., employer for hire; Domicile:
                      United States; Citizenship: United States. Authorship:
                      editing/editor, direction/director, script/screenplay,
                      production/producer, entire motion picture,
                      cinematography/cinematographer.

Names:             Hard Drive Productions, Inc.
```
----

Copyright information obtained from http://www.copyright.gov

| CASE NAME | Hard Drive Productions, Inc. v. Does 1-69 |
|---|---|
| DOCKET NUMBER | 5:11-cv-03004-HRL |
| ALLEGED INFRINGED WORK | Amateur Allure – Trudy |
| CASE DATE | 2011-06-17 |
| PUBLICATION DATE | 2007-09-01 |
| COPYRIGHT DATE | 2011-05-11 |
| ALLEGED INFRINGEMNT DATE* | 2011-03-15 |

*NOTE: Start date of alleged infringement provided by Plaintiff. See Case Complaint, Exhibit A.

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001755901 / 2011-05-11

Application Title: Amateur Allure - Trudy.

Title:             Amateur Allure - Trudy.

Description:       Videodisc (DVD)

Copyright Claimant:
                   Hard Drive Productions, Inc.

Date of Creation:  2007

Date of Publication:
                   2007-09-01

Nation of First Publication:
                   United States

Authorship on Application:
                   Hard Drive Productions, Inc., employer for hire; Domicile:
                      United States; Citizenship: United States. Authorship:
                      editing/editor, direction/director, script/screenplay,
                      production/producer, entire motion picture,
                      cinematography/cinematographer.

Names:             Hard Drive Productions, Inc.
===========================================================================
```

Copyright information obtained from http://www.copyright.gov

| CASE DATE | CASE NAME | DOCKET NUMBER | ALLEGED VIDEO | PUBLICATION DATE | COPYRIGHT DATE |
|---|---|---|---|---|---|
| 03/31/11 | Hard Drive Productions, Inc. v. Does 1-118 | 4:11-cv-01567-LB | Amateur Allure – Samantha Saint | Copyright Not Found on Copyright.Gov | Copyright Not Found on Copyright.Gov |
| 05/25/11 | Hard Drive Productions, Inc. v. Does 1-80 | 5:11-cv-02535-PSG | Amateur Allure - Hadley | Copyright Not Found on Copyright.Gov | Copyright Not Found on Copyright.Gov |
| 07/26/11 | Hard Drive Productions, Inc. v. Does 1-84 | 5:11-cv-03648-HRL | Amateur Allure – Kyleigh Ann | Copyright Not Found on Copyright.Gov | Copyright Not Found on Copyright.Gov |
| 07/27/11 | Hard Drive Productions, Inc. v. Does 1-166 | 5:11-cv-03682-LHK | Amateur Allure – Trinity | Copyright Not Found on Copyright.Gov | Copyright Not Found on Copyright.Gov |
| 08/03/11 | Hard Drive Productions, Inc. v. Does 1-33 | 4:11-cv-03827-DMR | Amateur Allure – Natalia | Copyright Not Found on Copyright.Gov | Copyright Not Found on Copyright.Gov |
| 08/03/11 | Hard Drive Productions, Inc. v. Does 1-130 | 4:11-cv-03826-DMR | Amateur Allure – Natalia | Copyright Not Found on Copyright.Gov | Copyright Not Found on Copyright.Gov |
| 08/03/11 | Hard Drive Productions, Inc. v. Does 1-90 | 5:11-cv-03825-HRL | Amateur Allure – Natalia | Copyright Not Found on Copyright.Gov | Copyright Not Found on Copyright.Gov |

Copyright information not found on http://www.copyright.gov as indicated on the following pages:

**Copyright**

Please note that there may be brief interruptions of service between 8:00pm and 10:00pm U.S. Eastern Time on Tuesday, January 10, during which time the Library of Congress will be performing routine system maintenance. We apologize for any inconvenience to our users.

Help     Search    History            Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Author = Hard Drive Productions, Inc.
Search Results: Displaying 1 through 25 of 25 entries.



| # | Titles | Headings | Headings Type |
|---|---|---|---|
| | | | |

# Copyright

Please note that there may be brief interruptions of service between 8:00pm and 10:00pm U.S. Eastern Time on Tuesday, January 10, during which time the Library of Congress will be performing routine system maintenance. We apologize for any inconvenience to our users.

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Author = Hard Drive Productions, Inc.
Search Results: Displaying 1 through 19 of 19 entries.



Resort results by:

| # | Name Heading | Author | Full Title | Date |
|---|---|---|---|---|
| [1] | Hard Drive Productions, Inc. | | Amateur Allure 1. | 2010 |
| [2] | Hard Drive Productions, Inc. | | Amateur Allure 2. | 2010 |
| [3] | Hard Drive Productions, Inc. | | Amateur Allure: Jayden. | 2009 |
| [4] | Hard Drive Productions, Inc. | | Amateur Allure - Lexi Belle. | 2010 |
| [5] | Hard Drive Productions, Inc. | | Amateur Allure - MaeLynn. | 2011 |
| [6] | Hard Drive Productions, Inc. | | Amateur Allure: Mindy. | 2009 |
| [7] | Hard Drive Productions, Inc. | | Amateur Allure: Paige. | 2007 |
| [8] | Hard Drive Productions, Inc. | | Amateur Allure - Sofia. | 2011 |
| [9] | Hard Drive Productions, Inc. | | Amateur Allure - Tori. | 2011 |
| [10] | Hard Drive Productions, Inc. | | Amateur Allure - Trudy. | 2007 |
| [11] | Hard Drive Productions, Inc. | | Amateur Allure - Zoe. | 2011 |
| [12] | Hard Drive Productions, Inc. | | Amber. | 2011 |
| [13] | Hard Drive Productions, Inc. | | Erin. | 2010 |
| [14] | Hard Drive Productions, Inc. | | Jen. | 2010 |

| ☐ [ 15 ] | Hard Drive Productions, Inc. | | Kim. | 2010 |
|---|---|---|---|---|
| ☐ [ 16 ] | Hard Drive Productions, Inc. | | Nicole Graves. | 2010 |
| ☐ [ 17 ] | Hard Drive Productions, Inc. | | Trudy. | 2007 |
| ☐ [ 18 ] | Hard Drive Productions, Inc. | | Violet. | 2008 |
| ☐ [ 19 ] | Hard Drive Productions, Inc. | | Zoe. | 2011 |

Resort results by:

Set Search Limits

Clear Selected  Retain Selected

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: Full Record  Format for Print/Save | |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: | Email |

Search for: Hard Drive Productions, I Search by: Title (omit initial article A, An, The, El, La, Das etc.)    Item type: None

25 records per page    Submit  Reset

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page