FILED
JAN 1 2 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff(s),

v.

A. LOPEZ, DOE DEFENDANT #1 ASSOCIATED WITH IP ADDRESS 108.0.16.220

    Defendant(s).

No. C 11-02333 JCS

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: January 12, 2012

                                                        /s/ Alejandra Lopez
                                                        Signature

                                                        Counsel for Pro Se
                                                       (Name or party or indicate "pro se")

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

v.

A. LOPEZ, DOE DEFENDANT #1
ASSOCIATED WITH IP ADDRESS
108.0.16.220

    Defendant.

Case Number: CV11-02333 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alejandra Lopez
242 Santa Ana Ave.
~~Santa Barbara,~~ CA 90803 *ay*
   Long Beach
Dated: January 12, 2012

Karen L. Hom

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk



# FAX

Name: A. LOPEZ

Phone: 562-726-4690

Fax: N/A

Address: 242 SANTA ANA AVE, LONG BEACH, CA 90803

To: CLERK'S OFFICE US DISTRICT COURT FOR THE NORTHERN DISTRICT OF CA

Fax #: 415-522-3605

# of pages: 4 (including cover)

Messages: Please note a signed copy is being sent via US Mail. Also please note the address correction on the CERTIFICATE OF SERVICE.