UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,          Case No. C-11-02333 JCS

        Plaintiff(s),

     v.                                  **CASE MANAGEMENT AND PRETRIAL ORDER**

DOES 1-87,

        Defendant(s).

Following a case management conference held on **January 13, 2012,**

IT IS HEREBY ORDERED THAT:

1. Plaintiff is granted leave of four (4) hours to take the deposition of Alejandra Lopez.

2. The Court will set a hearing date on the Motion to Dismiss filed by Alejandra Lopez.

IT IS SO ORDERED.

Dated: January 18, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

cmcpto 1-18-12.wpd