1 Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
2 Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
3 Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
4 Attorney for Defendant

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | HARD DRIVE PRODUCTIONS, LLC | Case No. C-11-02333(JCS)
13 |     Plaintiff, |
14 | v. | **NOTICE OF APPEARANCE OF COUNSEL**
15 | A. LOPEZ, DOE DEFENDANT #1 ASSOCIATED WITH IP ADDRESS 108.0.16.220 |
16 | |
17 |     Defendants. |
18

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT Nicholas R. Ranallo, 371 Dogwood Way, Boulder Creek, CA 95006, hereby enters his appearance in the above-captioned matter on behalf of Alejandra Lopez, the account holder associated with Doe #1 (IP Address 108.0.16.220) in the above-captioned matter.

DATED: January 25, 2012            NICHOLAS RANALLO, ATTORNEY AT LAW

By: _____/s/ Nicholas Ranallo
Nicholas Ranallo (Cal Bar # 275016)
Attorney for Account Holder Alejandra Lopez
371 Dogwood Way
Boulder Creek, CA 95006

2
Notice of Appearance of Counsel

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 25, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing Notice of Appearance of Counsel, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law