Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Account-Holder A. Lopez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>A. LOPEZ, DOE DEFENDANT #1 ASSOCIATED WITH IP ADDRESS 108.0.16.220<br><br>　　　Defendants. | Case No. C-11-02333(JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING ANSWER (ECF #25) AND MOTION TO DISMISS (ECF #26)** |

## **RECITALS**

**WHEREAS,** the original Complaint in the above-captioned case was filed on May 11, 2011 against 87 anonymous "Doe" Defendants identified only by IP address; and

**WHEREAS,** on May 13, 2011, Plaintiff filed an Ex Parte Application seeking limited expedited discovery from relevant Internet Service Providers (ISPs), including the name, address, phone number, MAC address and other information associated with the 87 IP addresses identified in the Complaint; and

**WHEREAS,** on August 25, 2011, this court denied Plaintiff's Ex Parte Application seeking limited expedited discovery from the ISPs except as to IP Address #1, the account

1 | associated with Alejandra Lopez, and
2 | **WHEREAS,** on October 14, 2011, this court issued an Order Severing and
3 | Dismissing Doe Defendants 2-87; and
4 | **WHEREAS,** on December 7, 2011, Plaintiff moved this court to continue the
5 | Initial Case Management Conference in order to contact the account-holder associated
6 | with IP Address , Alejandra Lopez, and
7 | **WHEREAS,** on December 9, 2011, this court granted Plaintiff's motion to
8 | Continue the Initial Case Management Conference to January 13, 2011, and
9 | **WHEREAS,** in response to the communications from Plaintiff that were
10 | authorized by this court, on January 9, 2012, Alejandra Lopez, filed an Answer to the
11 | Complaint (ECF #25) and a Motion to Dismiss (ECF # 26) based on the mistaken belief
12 | that she was a party to the above-captioned lawsuit; and
13 | **WHEREAS**, Ms. Lopez has not been served with a Summons and Complaint in
14 | accordance with Rule 4; and
15 | **WHEREAS**, Plaintiff maintains that they have not identified the actual Doe
16 | Defendant in this matter; and
17 | **WHEREAS,** Plaintiff further maintains that Ms. Lopez is not presently a defendant
18 | in this action, and
19 | **WHEREAS,** Plaintiff maintains that they will properly effectuate service under
20 | Rule 4 following the identification of the Doe Defendant,
21 |
22 |
23 |
24 | [intentionally left blank]
25 |
26 |
27 |
28 |

## **STIPULATION**

**NOW THEREFORE,** the Parties hereby jointly stipulate and request an Order as follows:

(1) Ms. Lopez' Answer (ECF #25) and Motion to Dismiss (ECF #26) are hereby withdrawn without prejudice to re-filing under the terms described below.

(2) Plaintiff shall commence any future lawsuit against Ms. Lopez individually by filing and serving an Amended Complaint naming Ms. Lopez individually, in her personal capacity, in accordance with Rule 4 of the Federal Rules of Civil Procedure.

(3) Ms. Lopez hereby reserves any and all objections, counter-claims, and affirmative defenses that it may have against Plaintiff, whether or not any of these claims and/or defenses were raised in Ms. Lopez' initial pro se Answer or Motion to Dismiss. This reservation includes, but is not limited to, a reservation of the rights: (a) to move to dismiss the Complaint for failure to state a claim, (b) to move to strike the complaint or any portion thereof; (c) to move for a more definite statement; or (d) to move to dismiss for lack of personal jurisdiction or improper venue, or (e) to raise any other claim, defense, or file any other motion that would ordinarily be proper for a Defendant that has been properly served with a Summons and Complaint.

(4) Any future Answer or Responsive Motions from Ms. Lopez shall be due 21 days after proper service of an Amended Complaint on Ms. Lopez, as described in Paragraph 2.

(5) In the event that this Court has not decided on the present request before January 31, 2011, Plaintiff and Ms. Lopez agree that the current January 31, 2012 deadline for her to file an Amended Answer as a matter of right under Rule 15 is hereby waived, and Ms. Lopez will have an unlimited time, within reason, to file such in the future. Additionally, Ms. Lopez' right to make certain challenges to jurisdiction and venue are likewise extended.

[intentionally left blank]

1  (6) Ms. Lopez explicitly reserves the right to challenge, modify, or quash the deposition
2  authorized by this court's Order dated January 13, 2012, or otherwise seek a protective
3  order granting relief therefrom.

**IT IS SO STIPULATED**

Dated: January 24, 2012          NICHOLAS RANALLO, ATTORNEY AT LAW


_____/s/Nicholas Ranallo_____
Nicholas R. Ranallo (#275016)
Attorney for Alejandra Lopez, Account Holder
Associated with IP Address 108.0.16.220



Dated: January 24, 2012          PRENDA LAW INC.


____/s/Brett Gibbs_____
Brett L. Gibbs, Attorney for Plaintiff Hard Drive
Productions, LLC.

**[PROPOSED] ORDER**

PURSUANT TO THE ABOVE JOINT STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

(1) Ms. Lopez' Answer (ECF #25) and Motion to Dismiss (ECF #26) are hereby withdrawn without prejudice to re-filing under the terms described below.

(2) Plaintiff shall commence any future lawsuit against Ms. Lopez individually by filing and serving an Amended Complaint naming Ms. Lopez individually, in her personal capacity, in accordance with Rule 4 of the Federal Rules of Civil Procedure.

(3) Ms. Lopez hereby reserves any and all objections, counter-claims, and affirmative defenses that it may have against Plaintiff, whether or not any of these claims and/or defenses were raised in Ms. Lopez' initial pro se Answer or Motion to Dismiss. This reservation includes, but is not limited to, a reservation of the rights: (a) to move to dismiss the Complaint for failure to state a claim, (b) to move to strike the complaint or any portion thereof; (c) to move for a more definite statement; or (d) to move to dismiss for lack of personal jurisdiction or improper venue, or (e) to raise any other claim, defense, or file any other motion that would ordinarily be proper for a Defendant that has been properly served with a Summons and Complaint.

(4) Any future Answer or Responsive Motion(s) from Ms. Lopez shall be due 21 days after proper service of an Amended Complaint on Ms. Lopez, as described in Paragraph 2.

(5) In the event that this Court has not decided on the present request before January 31, 2011, Plaintiff and Ms. Lopez agree that the current January 31, 2012 deadline for her to file an Amended Answer as a matter of right under Rule 15 is hereby waived, and Ms. Lopez will have an unlimited time, within reason, to file such in the future. Additionally, Ms. Lopez' right to make certain challenges to jurisdiction and venue are likewise extended.

(6) Ms. Lopez explicitly reserves the right to challenge, modify, or quash the deposition authorized by this court's Order dated January 13, 2012, or otherwise seek a protective order granting relief therefrom.

Dated: _____   _____
**The Honorable Joseph C. Spero**
**Magistrate Judge for the Northern**
**District of California**

**ATTESTATION OF CONCURRENCE**

Pursuant to General Order No. 45 (X), Nicholas Ranallo, the filer of the foregoing Stipulation and Proposed Order Withdrawing Answer and Motion to Dismiss hereby attests that the following additional signatories have concurred in its filing.

Brett L. Gibbs
Prenda Law Inc.
 38 Miller Avenue, #263
Mill Valley, CA 94941

January 25, 2012 _____/s/Nicholas Ranallo\_\_\_\_\_
Nicholas Ranallo, Attorney at Law
Attorney for Account-Holder A. Lopez
371 Dogwood Way
Boulder Creek, CA 95006