Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DOE DEFENDANT ASSOCIATED WITH ) <br> IP ADDRESS 108.0.16.220, ) <br> Defendant. ) <br> ) <br> _____) | **No. C-11-02333 JCS** <br><br> **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT** |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

NOW COMES Plaintiff Hard Drive Productions, Inc., by and through its counsel, and hereby submits its motion for the entry of judgment against Alejandra Lopez for the sum of $501 "less the amount of costs accrued in favor of the Plaintiff, with the result that the total judgment amount, including recoverable costs . . . shall be $501." (See Offer of Judgment, dated January 21, 2012, attached hereto), and states as follows:

1. That attached to this Motion, Plaintiff hereby files an Offer of Judgment with the Court, Pursuant to Rule 68 of the Federal Rules of Civil Procedure. Those documents are attached hereto as Exhibit A and B (in light of the separate pages) to this Motion. (*See* ECF No. 34-1, 34-2.)

2. That on January 31, 2012, Plaintiff accepted Ms. Alejandra Lopez's Offer of Judgment by mailing a Notice of Acceptance of Offer of Judgment letter, all in

accordance with Plaintiff's Exhibit C, a copy of which is attached as Exhibit D and hereby made part of this motion.

3. That, in accordance with Rule 68, Federal Rules of Civil Procedure, Plaintiff now requests that this Court enter judgment against Alejandra Lopez based on the attached Offer and Acceptance, for the total sum of $501.

4. Further, Plaintiff intends to take the Court-authorized deposition of Ms. Alejandra Lopez. This deposition will determine the identity of the actual infringer. By virtue of her offer of judgment, Ms. Lopez has extinguished any liability related to Plaintiff's claims in this action. Of course, Plaintiff assumes the risk that Ms. Lopez was in fact the infringer, in which case Plaintiff will voluntarily dismiss this action in its entirety with prejudice.

Wherefore, Plaintiff prays for the entry of a judgment against Alejandra Lopez for the total sum of $501.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: January 31, 2012**

By:  \_\_\_\_/s/  Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.