Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way,
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, LLC<br><br>       Plaintiff,<br><br>v.<br><br>A. LOPEZ, DOE DEFENDANT #1 ASSOCIATED WITH IP ADDRESS 108.0.16.220<br><br>       Defendant. | Case No. C-11-02333 (JCS)<br><br>OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 |

TO PLAINTIFF HARD DRIVE PRODUCTIONS AND THEIR ATTORNEYS OF RECORD:

Alejandra Lopez hereby offer to allow entry of judgment to be taken against her pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of plaintiff Hard Drive Productions ("Plaintiff") and against Defendant, in the amount of $501, less the amount of costs accrued in favor of the Plaintiff, with the result that the total judgment amount, including recoverable costs, which Defendant shall be obligated to pay shall be $501. This shall be the total amount to be paid by Defendant on account of any liability claimed in this action, including all costs of suit otherwise recoverable in this action by Plaintiff. Defendant's offer is unconditional and is made to