fully and finally resolve all claims asserted against it in this action.

If Plaintiff does not accept this offer, he may become obligated to pay Defendants' costs incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer is not an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a disputed claim. This Offer of Judgment shall not be filed with the Court unless (a) accepted, or (b) in a proceeding to determine costs.

DATED: January 21, 2012     Respectfully Submitted,

By: _____
Nicholas Ranallo (State Bar # 275016)
Attorney for Defendant
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
nick@ranallolawoffice.com