Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> DOE DEFENDANT ASSOCIATED WITH IP ADDRESS 108.0.16.220, <br> Defendant. | No. C-11-02333 JCS <br><br> **PLAINTIFF'S PROOF OF SERVICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

**PLAINTIFF'S PROOF OF SERVICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

I, Angela Van Den Hemel, declare as follows:

1. I am an individual above the age of eighteen, and I am not a party to this case.

2. The attorney of Alejandra Lopez, who is the Internet Protocol ("IP") address account holder of IP address 108.0.16.220 issued by Verizon Online on or around April 11, 2011, served an Offer of Judgment on Plaintiff Hard Drive Productions, Inc.'s California counsel, Brett Gibbs, in this case. That Offer was mailed on January 21, 2012.

3. At the instruction of Mr. Gibbs, on January 31, 2012, within the prescribed fourteen (14) days, I mailed to Alejandra Lopez's attorney the forgoing letter entitled "Notice of Acceptance of Offer of Judgment," (attached hereto as Exhibit D) which notified Alejandra Lopez's attorney that Plaintiff had accepted Alejandra Lopez's Offer of Judgment.

4. I mailed this letter via US certified mail to Alejandra Lopez's attorney, Nicholas Ranallo, at the his law offices located at 371 Dogwood Way, Boulder Creek, CA 95006.

**DATED: January 31, 2012**

By: \_\_\_\_/s/ Angela Van Den Hemel_____