

**P**rotecting **I**ntellectual **P**roperty

January 31, 2012

38 Miller Avenue, #263
Mill Vallley
California, 94941
P: 415.325.5900
blgibbs@wefightpiracy.com

*Notice of Acceptance of Offer of Judgment*

<u>Via U.S. Mail</u>

Nicholas Ranallo, Attorney at Law
371 Dogwood Way
Boulder Creek, CA 95006

   **Re:**  ***Your Client: Alejandra Lopez***
       ***Case No. 3:11-cv-02333 JCS***
       ***Our Client: Hard Drive Productions, Inc., Plaintiff***

Dear Mr. Ranallo:

Take notice that Plaintiff Hard Drive Productions, Inc. accepts the offer of your client, Alejandra Lopez, dated January 21, 2012, allowing Plaintiff to take judgment in this matter against her "for $501, less the amount of costs accrued in favor of the Plaintiff, with the result that the total judgment amount, including recoverable costs . . . shall be $501."

Sincerely,

*[signature]*

Brett L. Gibbs, Esq.
On Behalf of Hard Drive Productions, Inc.

**w w w . w e f i g h t p i r a c y . c o m**