Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOE DEFENDANT ASSOCIATED WITH IP ADDRESS 108.0.16.220, <br> Defendant. | No. C-11-02333 JCS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

On January 31, 2012, Plaintiff filed a Motion for Entry of Judgment. In its Motion, and the supporting papers, Plaintiff requests that the Court enter a judgment against Alejendra Lopez for a total sum of $501. In light of Plaintiff's motion, and the Offer of Judgment proposed by Alejandra Lopez and subsequently accepted by Plaintiff,

**JUDGMENT is hereby entered against Alejandra Lopez for $501**.

This case is still active as to the remaining Doe Defendant in this case.

DATED:_____         _____
                                                                  Joseph C. Spero
                                                   United States District Court Judge