Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way,
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, LLC | Case No. C-11-02333 (JCS) |
| Plaintiff, | OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 |
| v. | |
| A. LOPEZ, DOE DEFENDANT #1 ASSOCIATED WITH IP ADDRESS 108.0.16.220 | |
| Defendant. | |

TO PLAINTIFF HARD DRIVE PRODUCTIONS AND THEIR ATTORNEYS OF

RECORD:

Alejandra Lopez hereby offer to allow entry of judgment to be taken against her

pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:  a judgment in

favor of plaintiff Hard Drive Productions ("Plaintiff") and against Defendant, in the

amount of $501, less the amount of costs accrued in favor of the Plaintiff, with the result

that the total judgment amount, including recoverable costs, which Defendant shall be

obligated to pay shall be $501.  This shall be the total amount to be paid by Defendant on

account of any liability claimed in this action, including all costs of suit otherwise

recoverable in this action by Plaintiff.  Defendant's offer is unconditional and is made to

1  fully and finally resolve all claims asserted against it in this action.

2       If Plaintiff does not accept this offer, he may become obligated to pay Defendants'

3  costs incurred after the making of this offer.

4       To accept this offer, Plaintiff must serve written notice of acceptance thereof within

5  fourteen (14) days of the date this offer is made.

6       This offer is not an admission of liability by the Defendants, but rather is made

7  solely for the purpose of compromising a disputed claim.  This Offer of Judgment shall not

8  be filed with the Court unless (a) accepted, or (b) in a proceeding to determine costs.

9

10

11 DATED: January 21, 2012        Respectfully Submitted,

12

13                     By: _____

14                         Nicholas Ranallo (State Bar # 275016)
                           Attorney for Defendant

15                         371 Dogwood Way
                           Boulder Creek, CA 95006

16                         (831) 703-4011
                           nick@ranallolawoffice.com

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2   The undersigned hereby certifies that a true and correct copy of the foregoing Offer of

3   Judgment was served via United States Mail, postage paid, this 21st day of January, 2012

4   to:

5

6   Bret L. Gibbs, Esq.
    Prenda Law, Inc.

7   38 Miller Avenue, #263
    Mill Valley, CA 94941

8

9

10

11

12   _____                          _____

13   Date                              Nicholas Ranallo

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28