Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Account-Holder

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>A. LOPEZ, DOE DEFENDANT #1 ASSOCIATED WITH IP ADDRESS 108.0.16.220<br><br>    Defendant. | Case No. C-11-02333(JCS)<br><br>**ALEJANDRA LOPEZ' ~~PROPOSED~~ ORDER REGARDING ENTRY OF JUDGMENT** |

//

///

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that pursuant to Alejandra Lopez' Rule 68 Offer of Judgment dated January 21, 2012, which was accepted by Plaintiff on January 31, 2012, this court hereby enters Judgment in the amount of $501.00, less the amount of costs accrued in favor of the Plaintiff, with the result that the total Judgment amount, including recoverable costs, which Defendant shall be obligated to pay shall be $501.00. This shall be the total amount to be paid by Defendant on account of any liability claimed in this action, including all costs of suit otherwise recoverable in this action by Plaintiff. This matter is hereby terminated in its entirety.

Dated: _Feb. 24, 2012_____



**The Honorable Joseph C. Spero**
**Magistrate Judge for the Northern**
**District of California**